NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM O. WAGONER,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3006

---

Petition for review of the Merit Systems Protection Board in case no. CH0831110115-B-1.

---

**ON MOTION**

---

**O R D E R**

William O. Wagoner moves for relief in the form of vacating the decision of the Merit Systems Protection Board ("Board") that is the subject of this appeal. The Office of Personnel Management opposes.

Wagoner also moves out of time for an extension to file his reply brief.

WILLIAM WAGONER v. OPM                                        2

   Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion to vacate is denied without prejudice.

(2)   Wagoner's motion for an extension of time is granted. The reply brief filed on January 2, 2013, is accepted for filing.

(3)   All other pending motions are denied as moot.


                        FOR THE COURT


                        /s/ Jan Horbaly
                        Jan Horbaly
                        Clerk

s25